# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JEAN COFFIN, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil No.  09-487-P-S |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 20) filed October 6, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

 /s/ George Z. Singal
United States District Judge

Dated this 27th day of October, 2010.